UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERMONT MUTUAL INSURANCE CO. : | |
| : | C.A. NO.: 3:13 CV 664 JBA |
| Plaintiff,  : | |
| : | |
| vs. : | |
| : | |
| DANIELLE LACOURSE : | |
| : | |
| Defendant.  : | OCTOBER 23, 2013 |

### MOTION TO JOIN INDISPENSABLE PARTY

Pursuant to Federal Rule of Civil Procedure 19(a), the Plaintiff, Vermont Mutual Insurance Company hereby moves to join as parties to this action the Estates of Alexis and Ava Auger. This declaratory judgment action was brought after the Defendant, Danielle Lacourse made a claim to the Plaintiff for coverage relating to a fire of January 22, 2013 at the property known as 6-8 Prospect Street, Putnam, Connecticut. Alexis and Ava Auger perished in the fire. Their estates have made claim against Danielle Lacourse.

The Plaintiff, Vermont Mutual Insurance Company has rescinded the policy covering 6-8 Prospect Street, Putnam, Connecticut and denied any coverage under the policy for property damage or injuries arising from the fire of January 22, 2013. Vermont Mutual has asked the Court to determine that its rescission of the policy was justified. The Court's decision in this case may impair, legally or practically, the interests of the Estates of Alexis and Ava Auger as a finding of no coverage may affect their

*ORAL ARGUMENT NOT REQUESTED*

ability to collect damages. Accordingly, the Plaintiff submits that the Estates of Alexis and Ava Auger are parties required to be joined to this litigation pursuant to Rule 19(a) of the Federal Rules of Civil Procedure. The proposed Amended Complaint referencing their interest in litigation is attached as Exhibit A.

          RESPECTFULLY SUBMITTED,
          THE PLAINTIFF,

BY: /s/ Stuart G. Blackburn #ct00686
     Stuart G. Blackburn, Esq.ct00686
     Blackburn & O'Hara, LLC
     Two Concorde Way
     P.O. Box 608
     Windsor Locks, CT 06096
     Tel. (860) 292-1116
     Fax (860) 292-1221

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CERTIFICATE OF SERVICE

| | |
|---|---|
| VERMONT MUTUAL INSURANCE CO. : | |
| : | C.A. NO.: 3:13 CV 664 JBA |
| Plaintiff, : | |
| vs. : | |
| DANIELLE LACOURSE : | |
| Defendant. : | OCTOBER 23, 2013 |

I hereby certify that on **October 23, 2013**, a copy of the foregoing **Motion to Join Indispensable Party** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: /s/ Stuart G. Blackburn #ct00686
Stuart G. Blackburn, Esq.ct00686
Blackburn & O'Hara, LLC
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
Fax (860) 292-1221
sgblackburn@sgblackburn.com

3