IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X

| | |
|---|---|
| VERMONT MUTUAL INSURANCE CO. | C.A. NO.: 3:13 CV 664 JGM |
|           Plaintiff, | |
| vs. | |
| | JURY TRIAL DEMANDED |
| DANIELLE LACOURSE, ET AL. | |
|           Defendants. | |

---------------------------------------------------------------X    MARCH 6, 2015

**PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS**

The Plaintiff respectfully submits the following supplemental request for jury instructions pursuant to the pretrial order and respectfully requests the right to supplement these requests prior to the close of evidence.

Plaintiff's Request for Charge:

An insurance company is entitled to rely upon the representations of the insured and the insurance company has no duty to investigate the truthfulness of the representations. Great Lakes Reinsurance v. JDCA, 2014 U.S. Dist. LEXIS 163863 (D. Conn 2014).

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,

BY: /s/ Stuart G. Blackburn #ct00686
    Stuart G. Blackburn, Esq.ct00686
    Blackburn & O'Hara, LLC
    Two Concorde Way
    P.O. Box 608
    Windsor Locks, CT 06096
    Tel. (860) 292-1116
    Fax (860) 292-1221
    sgb@blackburnohara.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| VERMONT MUTUAL INSURANCE CO. | : | |
| | : | C.A. NO.: 3:13 CV 664 JGM |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DANIELLE LACOURSE, ET AL. | : | |
| | : | |
| Defendants. | : | MARCH 6, 2015 |

I hereby certify that on **MARCH 6, 2015**, a copy of the foregoing **PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: /s/ Stuart G. Blackburn #ct00686
Stuart G. Blackburn, Esq.ct00686
Blackburn & O'Hara, LLC
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
Fax (860) 292-1221
sgb@blackburnohara.com