## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
VERMONT MUTUAL INSURANCE CO.          C.A. NO.: 3:13 CV 664 JGM
                Plaintiff,
   vs.

DANIELLE LACOURSE, ET AL.
                Defendants.
-----------------------------------------------------------X

## JUDGMENT

This matter was initiated by a complaint filed on May 9, 2013 seeking declaratory relief pursuant to 28 U. S. C. Section 2201. A counterclaim was filed by the Defendant on October 31, 2013. By an amended complaint filed November 21, 2013, Lauren Auger as Administrator of the Estate of Alexis Auger and Lauren Auger as Administrator of the Estate of Ava Auger were added as Defendants. On March 5, 2015 the Court granted the Plaintiff's Motion to Correct and Amend the names of the administrators of the estates and an Order granting a Default Judgment against the estates was entered that same day.

The case proceeded to trial on March 9, 2015 with the jury returning a Jury Interrogatory and Verdict form on March 12, 2015. The jury found that the Defendant, Danielle LaCourse concealed or misrepresented material facts to Plaintiff, Vermont Mutual Insurance Company in seeking coverage for 6 Prospect Street in Putnam, Connecticut. The jury found that the Defendant, Danielle LaCourse knew that the material facts she was providing were untrue and acted with the intent to deceive the Plaintiff, Vermont Mutual Insurance Company in seeking coverage for 6 Prospect Street in Putnam, Connecticut. The jury also found that the material facts concealed or misrepresented by the Defendant, Danielle LaCourse were not an

unintentional mistake nor an opinion honestly entertained by her. Finally, the jury found that the Defendant, Danielle LaCourse willfully concealed or misrepresented material information to the Plaintiff, Vermont Mutual Insurance Company during its investigation of her insurance claim.

In light of the jury's findings, the Court declares that the Vermont Mutual Insurance Company properly rescinded the endorsement which added 6 Prospect Street, Putnam, Connecticut to policy number BP 11017228. The endorsement was void from its inception on September 25, 2012. Accordingly, the Vermont Mutual Insurance Company owes no obligation or benefits to the Defendant, Danielle LaCourse as a result of the fire of January 22, 2013 at 6 Prospect Street, Putnam, Connecticut, including but not limited any obligation to pay for damage to the property or any obligation to defend or indemnify the Defendant against any third party claims made by parties injured by the fire.

Furthermore, on March 11, 2015, the Court granted the Plaintiff's Rule 50 Motion for Judgment as a Matter of Law on the Defendant Danielle LaCourse's Counterclaim. At the close of the evidence presented on the counterclaim, the Plaintiff made a Motion for Partial Judgment as a Matter of Law claiming that the Defendant LaCourse had failed to prove the amount she would be entitled to collect under the property damage provisions of the insurance policy if it was found to be in effect. The Defendant LaCourse did not object to the Motion for Partial Judgment as a Matter of Law and the motion was granted.

Judgment shall enter in favor of Vermont Mutual Insurance Company and against the Defendants in this matter in accordance with this Order.

/s/ Judge Joan G. Margolis
--------------------------------
Hon. Joan G. Margolis

DATE: 4/30/15